1  Wayne M. Barsky, SBN 116731
   wbarsky@gibsondunn.com
2  Jason C. Lo, SBN 219030
   jlo@gibsondunn.com
3  James L. Zelenay, SBN 237339
   jzelenay@gibsondunn.com
4  GIBSON, DUNN & CRUTCHER LLP
   333 South Grand Avenue
5  Los Angeles, California 90071-3197
   Telephone:  (213) 229-7000
6  Facsimile:  (213) 229-7520

7  Attorneys for Plaintiff and Counterdefendant,
   CalAmp Corp.
8
   James E. Doroshow, Esq. (SBN: 112920)
9     jdoroshow@linerlaw.com
   Michael M. Carlson, Esq. (SBN: 88048)
10    mcarlson@linerlaw.com
   Louisa Weix, Esq. (SBN: 182790)
11    lweix@linerlaw.com
   LINER YANKELEVITZ
12    SUNSHINE & REGENSTREIF LLP
   1100 Glendon Avenue, 14th Floor
13 Los Angeles, California 90024-3503
   Telephone:  (310) 500-3500
14 Facsimile:  (310) 500-3501

15 Attorneys for Defendant and Counterclaimant
   TRACKN, INC., a California Corporation, doing
16 business as (and also sued herein as) ENFOTRACE

17                UNITED STATES DISTRICT COURT

18                CENTRAL DISTRICT OF CALIFORNIA

19                       WESTERN DIVISION

20

21 CALAMP CORP., a Delaware         Case No. CV 08-0699 GPS (AJWx)
   Corporation,
22                                  **STIPULATED REQUEST FOR
              Plaintiff,            DISMISSAL OF ALL CLAIMS,
23                                  CAUSES OF ACTION, AND
         v.                         COUNTERCLAIMS IN THIS
24                                  ACTION DUE TO SETTLEMENT**
   ENFOTRACE, a California Fictitious
25 Business Entity, and TRACKN, INC., a   [[Proposed] Order filed as an attachment
   California Corporation,                pursuant to General Order 08-02]
26
   Defendants.                      Judge:  Hon. George P. Schiavelli
27 *[Caption continued on next page]*  Place:  Courtroom 7

28

Gibson, Dunn &
Crutcher LLP

| | |
|---|---|
| TRACKN, INC., a California Corporation,<br><br>  Counterclaimant,<br><br>v.<br><br>CALAMP CORP., a Delaware Corporation,<br><br>  Counterdefendant. | Discovery Cutoff:  2/27/09<br>Pretrial Conf. Date: 6/22/09<br>Trial Date:  7/07/09<br>Time:  11:00 a.m |

Plaintiff and Counterdefendant CalAmp Corp. ("Plaintiff"), and Defendant and Counterclaimant Trackn, Inc., d/b/a Enfotrace ("Defendant") hereby submit this stipulated request for dismissal with prejudice of all claims, causes of action, and counterclaims as between them in this action, on account of the fact that they have entered into a settlement. The settlement concludes this action. A Proposed Order is filed herewith.

## RECITALS

WHEREAS, Plaintiff initiated this action on February 1, 2008 and asserted a claim for patent infringement against Defendant.

WHEREAS, Defendant answered Plaintiff's complaint and counterclaimed against Plaintiff on March 25, 2008.

WHEREAS, Plaintiff and Defendant have entered into a settlement agreement, and desire that the Court dismiss with prejudice all claims, causes of action, and counterclaims in this action.

WHEREAS, Plaintiff and Defendant have agreed that each will bear their own costs and attorneys' fees with respect to their claims as to each other in this action.

**THE PARTIES HEREBY STIPULATE AND AGREE AS FOLLOWS:**

1.   This action is resolved as to Plaintiff and Defendant, and all claims, causes of action, and counterclaims in this action shall be dismissed with prejudice.

2. Plaintiff and Defendant shall bear their own costs and attorneys' fees with respect to their claims as to each other.

Dated: October 7, 2008

GIBSON, DUNN & CRUTCHER LLP

By: _____
James L. Zelenay, Jr.
Attorneys for Plaintiff and Counterdefendant, CalAmp Corp.

Dated: October 7, 2008

LINER YANKELEVITZ SUNSHINE & REGENSTREIF LLP

By: _____
Louisa Weix
Attorneys for Defendant and Counterclaimant TRACKN, INC., a California Corporation, doing business as (and also sued herein as) ENFOTRACE

100533548_1.DOC

2. Plaintiff and Defendant shall bear their own costs and attorneys' fees with respect to their claims as to each other.

Dated: October 7, 2008

GIBSON, DUNN & CRUTCHER LLP

By: _____
James L. Zelenay, Jr.

Attorneys for Plaintiff and Counterdefendant, CalAmp Corp.

Dated: October 7, 2008

LINER YANKELEVITZ SUNSHINE & REGENSTREIF LLP

By: *(signature)*
Michael M. Carlson
Attorneys for Defendant and Counterclaimant TRACKN, INC., a California Corporation, doing business as (and also sued herein as) ENFOTRACE

100533548_1.DOC

Gibson, Dunn & Crutcher LLP